FILED

02/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0051

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0051

SHELDON FISHER,

Petitioner,

v.

DON BELL, Lake County Sheriff,

Respondent.

FILED

FEB 07 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Sheldon Fisher has filed a Petition for Writ of Habeas Corpus, requesting his immediate release and dismissal of the charges. Fisher is detained in the Lake County Jail.

Fisher contends that his incarceration is illegal due to two reasons. He states that Public Law 280 prevents the commencement of charges for offenses committed within the Confederated Salish and Kootenai Tribal boundaries. He also indicates that his bail is excessive, though he provides no information regarding the amount of bail for his two pending cases in the Lake County District Court.

We secured copies of the register of actions. It appears that Fisher's requests already have been fulfilled. The District Court issued an Order to Dismiss without Prejudice on January 13, 2023, in Fisher's case for criminal possession and a similar order on January 30, 2023, in Fisher's case for burglary. The court has dismissed his cases.

"A question is rendered moot when, due to some event or happening, the issue ceases to exist and the court cannot grant effective relief." *Cape v. Crossroads Corr. Ctr.*, 2004 MT 265, ¶ 25, 323 Mont. 140, 99 P.3d 171. Fisher's claims are now moot. He is not entitled to habeas corpus relief.

IT IS THEREFORE ORDERED that Fisher's Petition for Writ of Habeas Corpus is DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Molly Owen, District Court Judge; Lyn Fricker, Clerk of District Court, Lake County, under Cause Nos. DC-2022-145 and DC-2021-341; Benjamin Anciaux, County Attorney; Sterling Laudon, Defense Counsel; counsel of record, and Sheldon Fisher personally.

DATED this 7th day of February, 2023.

_____

_____

_____

_____

_____
Justices